# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| FLINS A. WALKER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RRTC HOLDINGS, INC., a Kansas Corporation, and DAVID RESENDES, an individual,<br><br>Defendants. | **SCHEDULING ORDER**<br><br><br><br>Case No.: 2:21-cv-00276-DBB-DBP<br>District Court Judge David B. Barlow<br>Chief Magistrate Judge Dustin B. Pead |

Pursuant to Fed. R. Civ. P. 16(b), the Judge received the Attorneys' Planning Report filed by Counsel. The following matters are scheduled:

**All Time 11:59 p.m. unless indicated otherwise.**

| 1. | **PRELIMINARY MATTERS** | | **DATE** |
|---|---|---|---|
| | a. | There is no Pretrial Conference scheduled at this time. | |
| | b. | Nature of claim(s) and affirmative defenses: Negligence/Personal Injury | |
| | c. | Was Rule 26(f)(1) Conference held: | N/A |
| | d. | Has Attorney's Planning Meeting Form been submitted: | 5/28/21 |
| | e. | Rule 26(a)(1) initial disclosures to be completed | June 18, 2021 |

//

| 2. | **DISCOVERY LIMITATIONS** | | **NUMBER** |
|---|---|---|---|
| | a. | Maximum Number of Depositions by Plaintiff(s) | 10 |
| | b. | Maximum Number of Depositions by Defendant(s) | 10 |

|   |   |   |   |
|---|---|---|---|
| | c. | Maximum Number of Hours for Each Deposition (unless extended by agreement of parties) | 7 |
| | d. | Maximum Interrogatories by any Party to any Party | 25 |
| | e. | Maximum requests for admissions by any Party to any Party | 25 |
| | f. | Maximum requests for production by any Party to any Party | 25 |
| 3. | **AMENDMENT OF PLEADINGS/ADDING PARTIES** | | **DATE** |
| | a. | Last Day to File Motion to Amend Pleadings | March 7, 2022 |
| | b. | Last Day to File Motion to Add Parties | March 7, 2022 |
| 4. | **RULE 26(a)(2) REPORTS FROM EXPERTS** | | |
| | a. | Plaintiff | April 7, 2022 |
| | b. | Defendant | May 6, 2022 |
| | c. | Plaintiff's counter reports | June 6, 2022 |
| 5. | **OTHER DEADLINES** | | |
| | a. | Days to be completed by: | |
| | | Fact discovery | March 7, 2022 |
| | | Expert discovery | July 7, 2022 |
| | b. | List expert witnesses: | |
| | | Plaintiff | April 7, 2022 |
| | | Defendant | May 6, 2022 |
| | | Rebuttal | June 6, 2022 |
| | c. | Filing partial or complete motions to exclude expert testimony: October 7, 2022 |
| | d. | Deadline for filing dispositive or potentially dispositive motions: May 7, 2022 |
| | e. | If the parties do not intend to file dispositive or potentially dispositive motions, a scheduling conference will be held for purposes of setting a trial date. May 12, 2022 at 2:45 PM |

**6.      SETTLEMENT/ ALTERNATIVE DISPUTE RESOLUTION**

| | | |
|---|---|---|
| a. | Referral to Court-Annexed Mediation | No |
| b. | Referral to Court-Annexed Arbitration | No |
| c. | Settlement probability | Fair |

**7.      TRIAL AND PREPARATION FOR TRIAL**

After the court issues an order on the summary judgment motion(s), if there is anything left to litigate, the court will set a scheduling hearing to set a trial date and to ask the parties if they want to mediate. If the schedule set forth herein is not extended, the parties can generally expect that trial will be set sometime during the first quarter of 2023.

a.      Rule 26(a)(3) Pretrial Disclosures

         Plaintiff

         Defendant

b.      Objections to Rule 26(a)(3) Disclosures                              14 DAYS
         (if different than 14 days provided in Rule)

                                                                              **DATE**

c.      Special Attorneys Conference[1] on or before                          n/a

d.      Settlement Conference[2] on or before                                 n/a

e.      Final Pretrial Conference                                             n/a

f.      Trial                      Length        Time    Date

         i.  Bench Trial
         ii. Jury Trial            5 days

---

[1] The Special Attorneys Conference does not involve the Court. Counsel will agree on voir dire questions, jury instructions, a pre-trial order and discuss the presentation of the case. Witnesses will be scheduled to avoid gaps and disruptions. Exhibits will be marked in a way that does not result in duplication of documents. Any special equipment or courtroom arrangement requirements will be included in the pre-trial order.

[2] The Settlement Conference does not involve the Court unless a separate order is entered. Counsel must ensure that a person or representative with full settlement authority or otherwise authorized to make decisions regarding settlement is available in person or by telephone during the Settlement Conference.

DATED this 11 June 2021.

                                       Dustin B. Pead
                                       United States Magistrate Judge

APPROVED:

SIEGFRIED & JENSEN

*/s/ C. Ryan Christensen*

C. Ryan Christensen
*Attorneys for Plaintiff*

AMES & AMES

*/s/  Byron Ames*　　　　　　　　　　　　　　　　　　　Date  May 25, 2021
(*signature affixed with permission by e-mail*)
Byron Ames
*Attorney for Defendants*