Byron L. Ames (Utah State Bar No. 11498)
Richard D. Bissell (Utah State Bar No. 10339)
**AMES & AMES, LLP**
2750 Rasmussen Rd. #H-201
Park City, UT 84098
Tel: (435) 214-0303
Fax: (435) 216-9393
Email: Bames@Amesfirm.com
         Rbissell@Amesfirm.com
*Attorney for Defendants RRTC Holdings, Inc.
And David Resendes*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| FLINS WALKER, | SCHEDULING ORDER RE: |
| Plaintiff, | STIPULATED MOTION TO CONTINUE DISCOVERY |
| v. | Case No. No. 2:21-cv-00276-DBB-DBP |
| RRTC HOLDINGS, INC.; and DAVID RESENDES, | District Judge David B. Barlow |
| Defendants. | Chief Magistrate Judge Dustin B. Pead |

This matter having come before the Court upon the Stipulated Motion of the Parties pursuant to FED. R. CIV. P. 29 seeking an Order extending discovery deadlines an additional 90 days, and the Court having reviewed the record, for good cause shown, and being otherwise sufficiently advised, the Stipulated Motion is hereby GRANTED.

IT IS HEREBY ORDERED that discovery and other enumerated tasks shall be completed

pursuant to the modified deadlines as follows:

| | |
|---|---|
| Fact Discovery | June 7, 2022 |
| Expert Discovery | October 7, 2022 |
| Designation of Expert Witnesses: | |
|     Plaintiff | July 7, 2022 |
|     Defendants | August 7, 2022 |
| RULE 26(a)(2) REPORTS FROM EXPERTS | |
|     Plaintiff | July 7, 2022 |
|     Defendant | August 7 2022 |
|     Plaintiff's counter reports | September 7, 2022 |
| Filing of partial of complete motions to exclude expert testimony | January 7, 2023 |
| Deadline for filing dispositive motions | August 7, 2023 |

If the parties do not intend to file dispositive or potentially dispositive motions, a scheduling conference will be held for purposes of setting a trial date. August 17, 2023 at 2:45 pm.

SETTLEMENT/ ALTERNATIVE DISPUTE RESOLUTION

| | |
|---|---|
| Referral to Court-Annexed Mediation | No |
| Referral to Court-Annexed Arbitration | No |
| Settlement probability | Fair |

TRIAL AND PREPARATION FOR TRIAL

After the Court issues an order on the summary judgment motion(s), if there is anything left to litigate, the court will set a scheduling hearing to set a trial date and to ask the parties if they want to mediate. If the schedule set forth herein is not extended, the parties can generally expect that trial will be set sometime during the second quarter of 2024.

    a. Rule 26(a)(3) Pretrial Disclosures

Plaintiff

Defendant

| | |
|---|---|
| b. Objections to Rule 26(a)(3) Disclosures | 14 DAYS |
| (if different than 14 days provided in Rule) | |
| | DATE |
| c. Special Attorneys Conference1 on or before | n/a |
| d. Settlement Conference2 on or before | n/a |
| e. Final Pretrial Conference | n/a |

f. Trial Length Time Date

i. Bench Trial

ii. Jury Trial 5 days

DATED this 8 March 2022.

_____
Dustin B. Pead
United States Magistrate Judge

3

Prepared by:

AMES & AMES, LLP


/s/Richard D. Bissell
Byron L. Ames
Richard D. Bissell
*Attorney for Defendants RRTC Holdings, Inc.*
*and David Resendes*

Approved:

SIEGFRIED & JENSEN


/s/C. Ryan Christensen
C. Ryan Christensen
(signed with permission given by electronic mail dated March 7, 2022)
*Attorney for Plaintiff*