THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| MICHAEL BOWENS,<br><br>     Plaintiff,<br><br>v.<br><br>WEBER MORGAN STRIKE FORCE et al.,<br><br>     Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 1:21-CV-117-DBB<br><br>District Judge David Barlow |

  In an Order dated January 4, 2022, the Court granted Plaintiff a ninety-day time extension, on top of the sixty-three days he already had, in which to file his required initial partial filing fee (IPFF) of $14.97 and consent form, to have the remaining fee collected in increments from Plaintiff's inmate account. (ECF No. 15.) To date, Plaintiff has not complied, nor has Plaintiff responded to the Order. Indeed, Plaintiff has not contacted the Court since he filed a change of address, postmarked December 30, 2021. (ECF No. 14.)

  **IT IS ORDERED** that, because Plaintiff did not follow the Court's order to file an IPFF and consent, and has failed to prosecute this case, *see* DUCivR 41-2, Plaintiff's complaint is **DISMISSED** without prejudice. This action is **CLOSED**.

  DATED this 8th day of March, 2022.

               BY THE COURT:

               _____
               JUDGE DAVID BARLOW
               United States District Court